## Summary of Precision Seed Motion Practice

| Date | Type of Motion | Party Initiating | Result |
|---|---|---|---|
| 02/14/12 | Motion for Partial Summary Judgment (Dkt.28-35) | Plaintiff | Motion withdrawn by Plaintiff on 04/08/12 (Dkt. 35-36) |
| 03/06/12 | Motion for extension of time to response to MPSJ. | Country | Granted on 03/06/12 (Dkt.33) |
| 06/15/12 | Motion for Leave to Amend Complaint (Dkt. 42-50); Includes multiple declarations | Plaintiff | Motion withdrawn by Plaintiff on 06/27/12 (Dkt. 45-46) |
| 07/12/12 | Motion for Partial Summary Judgment (Dkt. 47-50); Response (Dkt. 64-65); Reply (Dkt. 67-69). | Plaintiff | MPSJ Denied. See Dkt. 150 |
| 07/30/12 | Motion for Extension of time to respond to MPSJ (Dkt. 53); Plaintiff objected to request for extension despite continuing to produce documents throughout August and September. | Country | Granted on 08/02/12 (Dkt. 58) |
| 09/04/12 | Motion for extension of time to make expert disclosures and extend time to MPSJ response (Dkt. 60- 62) | Country | Granted on 09/04/12 (Dkt. 63) |
| 10/05/12 | Objections to Country's Experts (contained within MPSJ Reply)( Dkt. 67-69); Response (Dkt.71). | Plaintiff | Denied. See Dkt. 150. |
| 10/26/12 | Motion to Exclude Rebuttal Expert Reports (Dkt. 72-75) | Plaintiff | Withdrawn on 10/29/12 (Dkt.76 ); Order granting withdraw (Dkt. 77) |
| 11/05/12 | Emergency Motion for Protective Order for James Kloft (Dkt. 82-84) | Plaintiff | Granted. James Kloft deemed subject to Atty-client privilege. |
| 11/02/12 | Supplemental reply to Plaintiff's MPSJ based on new evidence (Dkt. 80-81) | Related to prior pleading initiated by Plaintiff. | |
| 11/06/12 | Plaintiff's Surreply (Dkt. 85-87) | Related to prior pleading initiated by Plaintiff. | |
| 11/06/12 | Motion to postpone hearing on MPSJ due to ongoing discovery. (Dkt.88-90); Response Objecting (Dkt.91 -92) | Country | Denied on 11/07/12 (Dkt. 92) |
| 12/11/12 | Expedited Motion to Compel Expert Deposition of Kevin Loe (Dkt. 94-96) | Plaintiff | Withdrawn (Dkt. 98); States withdrawn because shortly after filing motion Defendant agreed to produce. Country Mutual never refused just could not agree to dates. Order on 12/19/12 (Dkt. 99) |
| 01/11/13 | Motion to Amend Complaint (Dkt. 100-101) | Plaintiff | Denied. Order (Dkt. 128) |
| 01/11/13 | Motion for Sanctions (Dkt. 102-106); Opposition to Motion for Sanctions and Motion to Amend Complaint (Dkt.117-124) | Plaintiff | Denied. Order (Dkt. 128). |
| 02/01/13 | Motion to extend time for dispositive | Country. | Denied. Order  (Dkt. 132) |

Exhibit 6
Page 1 of 2

|          | motions. |         |         |
|----------|----------|---------|---------|
| 01/18/13 | Motion to extend time to respond to Motion for Sanctions (Dkt. 108-109); Opposition (Dkt. 110); Reply (Dkt. 111-112) | Country | Extension for time granted. Motion for Sanctions Denied. (Dkt.128) |
| 01/25/13 | Motion for Reconsideration of Evidentiary Hearing (Dkt. 175) | Country | Denied as unnecessary. (Dkt. 128) |
| 01/29/13 | Motion to Extend Dispositive Motion Deadline (Dkt. 130-131) | Country | |
| 01/25/13 | Motion to Strike Testimony and Request for Daubert Hearing (Dkt. 114-115); Response (Dkt. 133-134); Reply (Dkt. 135-136); supplemental briefing (145-146). | Country | Opinion and Order 03/11/13 (Dkt. 150); Motion denied as to Halsey; Motion denied as to Myers; Granted as to Poe. |
| 03/12/13 | Motion for Reconsideration of Order (Dkt. 151) | Plaintiff | Denied on 03/13/13 (Dkt. 152). |

Exhibit 6
Page 2 of 2