Daniel E. Thenell, OSB No. 971655
dan@thenelllawgroup.com
Thenell Law Group, P.C.
12909 SW 68th Parkway, Suite 320
Portland, Oregon 97223
503-372-6450 phone
503-372-6496 fax
        Of Attorneys for Defendant Country Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRECISION SEED CLEANERS, INC., an Oregon corporation, | Case No. 3:10-cv-01023-HZ |
| Plaintiff, | |
| v. | REPRESENTATION STATEMENT |
| COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

        The undersigned represents Defendant- Appellant Country Mutual Insurance Company.

Pursuant to Rule 12 (b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2 (b),

Defendant- Appellant submits this Representation Statement.  The following list identifies the

parties to the action and respective counsel by name, firm, address, telephone number and e-mail

address, where appropriate.

/ / /

/ / /

/ / /

/ / /

Page 1 – REPRESENTATION STATEMENT                                    83 I 158

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendant- Appellant Country Mutual Insurance Company | Daniel E. Thenell OSB# 971655<br>Thenell Law Group PC<br>12909 SW 68th Pkwy Ste 320<br>Portland OR  97223<br>Phone: 503 372-6450<br>Email: dan@thenelllawgroup.com |
| Plaintiff- Appellee Precision Seed Cleaners, Inc. | Fredrick Millard OSB #982959<br>Douglas Bragg OSB #012113<br>Millard & Bragg Atty at Law PC<br>6650 SW Redwood Lane, Suite 330<br>Portland, OR 97224<br>Phone: 503 352-1991<br>Email: fmillard@millardlaw.com<br>Email: dbragg@millardlaw.com<br><br><br>Robert Bonaparte OSB#883411<br>Shenker & Bonaparte LLP<br>1500 SW 1st Ave Ste 765<br>Portland OR  97201<br>Phone: 503 242-0008<br>Email: bob@bb-law.net |

DATED this 26th day of December, 2013.


THENELL LAW GROUP, P.C.


By: _____/s/ Daniel E. Thenell_____
      Daniel E. Thenell, OSB #971655
      Email:  dan@thenelllawgroup.com
      Telephone: (503) 372-6450
      Of Attorneys for Country Mutual Insurance Co.


Page 2 – REPRESENTATION STATEMENT

83I158